UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:14-cv-874

Name of party requesting extension: Practice Velocity, LLC

Is this the first application for extension of time in this case?  ✔ Yes
☐ No

If no, please indicate which application this represents: ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 12/02/2014

Number of days requested:  ✔ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 01/22/2015   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: James N. Henry, Jr.
State Bar No.: 00793936
Firm Name: Hallett & Perrin, PC
Address: 1445 Ross Avenue Ste 2400
Dallas, Texas  75202

Phone: 214-953-0053
Fax:   214-922-4142
Email: jhenry@hallettperrin.com

A certificate of conference does not need to be filed with this unopposed application.